# UNITED STATES DISTRIC COURT
## DISTRICT OF NEW JERSEY
### NEWARK

U.S.A.

v.

Chul Chung

Case No.: 2:08-cr-60 (PGS)

**ORDER MODIFYING SENTENCING AS TO CHUL CHUNG HELD ON DECEMBER 10, 2008**

Hon. Peter G. Sheridan

Denied

IT IS on this 11th day of December, 2008, upon the application of Defendant CHUL CHUNG through his counsel, to modify the terms of sentencing held on December 10, 2008 to allow him to leave the house for the purpose of taking his children to and from the school until he surrenders himself to serve the sentence of imprisonment, it is hereby,

request to modify    denied

ORDERED that the sentencing held on December 10, 2008 is ~~hereby modified to allow Defendant CHUL CHUNG to leave the house only for the purpose of taking his children to and from the school until he surrenders himself to serve the sentence of imprisonment.~~

PETER G. SHERIDAN, Judge
United State District Court
For the District of New Jersey

12-12-08